CT Corporation

# Service of Process Transmittal
05/17/2021
CT Log Number 539573280

**TO:**  Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:**  **Process Served in Texas**

**FOR:**  Wal-Mart Stores Texas, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Pope Tamara, Pltf. vs. Wal-Mart Stores Texas, LLC, Dft. |
| **DOCUMENT(S) SERVED:** | Citation(s), Petition |
| **COURT/AGENCY:** | 12th Judicial District Court Grimes County, TX<br>Case # 035384 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 09/12/2019 - Wal-Mart store #293 in Navasota, Texas. |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/17/2021 at 15:49 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after you served. |
| **ATTORNEY(S) / SENDER(S):** | Sofia E. Bruera<br>Bruera Law Firm, PLLC<br>3100 Timmons Lane, Suite 310<br>Houston, TX 77027<br>832-430-4000 |
| **ACTION ITEMS:** | CT will retain the current log<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

EXHIBIT A

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                          Mon, May 17, 2021

**Server Name:**              Guy Connelly

Entity Served          WAL-MART STORES TEXAS, LLC

Agent Name              0800834865

Case Number            035384

Jurisdiction              TX

# THE STATE OF TEXAS

## CITATION

### CAUSE NO. 035384

**COURT COPY**



| | |
|---|---|
| **CLERK OF THE COURT** | **ATTORNEY FOR PLAINTIFF** |
| Diane LeFlore, District Clerk | Sofia E. Bruera |
| PO Box 234 | 3100 Timmons Lane, Suite 310 |
| Anderson, TX 77830 | Houston, Texas 77027 |

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after the date you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO: <u>**Wal-Mart Stores Texas, LLC may be served by serving it's Registered Agent CT Corporation, who may be served at 1999 Bryan Street, Suite 900, Dallas, Texas 75201 or wherever they may be found.**</u>, Defendant,

GREETINGS: You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** at or before ten (10:00) o'clock A.M. of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the **12TH JUDICIAL DISTRICT** of Grimes County, at the Courthouse in said County in Anderson, Texas. Said Petition was filed in said court on the <u>**6th day of May 2021**</u> in this case, numbered <u>**035384**</u> on the docket of said court, and styled:

### TAMARA POPE
### VS.
### WAL-MART STORES TEXAS, LLC

The nature of Plaintiff's demand is fully shown by a true and correct copy of Petition accompanying this citation and made a part hereof. The officer executing this writ shall promptly serve the same according to requirements of law and mandates thereof and make due return as the law directs.

Issued and given under my hand and seal of said Court at Anderson, Texas, this <u>**7th day of May 2021**</u>.

*/s/ Diane LeFlore*
Diane LeFlore, District Clerk
12th/506th Judicial District Court
Grimes County, Texas

By: _____
KRYSTAL JARVIS, Deputy – Civil Division

### SHERIFF'S RETURN

Came to hand on the _____ day of _____ 20___, at _____ o'clock __ M. and executed at _____ within the County of _____ at _____ o'clock __ M. on the _____ day of _____, 20___ by delivering to the within named _____ having first attached such copy of such Petition of such copy of Citation and endorsed on such copy of Citation the date of delivery.

5/17/21

Constable, Grimes County Texas

# THE STATE OF TEXAS

## CITATION

### CAUSE NO. 035384 {DEFENDANT)

**CLERK OF THE COURT**
Diane LeFlore, District Clerk
PO Box 234
Anderson, TX 77830



**ATTORNEY FOR PLAINTIFF**
Sofia E. Bruera
3100 Timmons Lane, Suite 310
Houston, Texas 77027

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after the date you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

**TO:** <u>Wal-Mart Stores Texas, LLC may be served by serving it's Registered Agent CT Corporation, who may be served at 1999 Bryan Street, Suite 900, Dallas, Texas 75201 or wherever they may be found.</u>, Defendant,

GREETINGS: You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** at or before ten (10:00) o'clock A.M. of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the **12TH JUDICIAL DISTRICT** of Grimes County, at the Courthouse in said County in Anderson, Texas. Said Petition was filed in said court on the **6th day of May 2021** in this case, numbered **035384** on the docket of said court, and styled:

### TAMARA POPE
### VS.
### WAL-MART STORES TEXAS, LLC

The nature of Plaintiff's demand is fully shown by a true and correct copy of Petition accompanying this citation and made a part hereof. The officer executing this writ shall promptly serve the same according to requirements of law and mandates thereof and make due return as the law directs.

Issued and given under my hand and seal of said Court at Anderson, Texas, this **7th day of May 2021**.

/s/ Diane LeFlore
Diane LeFlore, District Clerk
12th/506th Judicial District Court
Grimes County, Texas

By: _____
KRYSTAL JARVIS, Deputy – Civil Division

### SHERIFF'S RETURN

Came to hand on the ___ day of _____ 20___, at _____ o'clock ___ M. and executed at, _____ within the County of _____ at _____ o'clock ___ M. on the _____ day of _____, 20___, by delivering to the within named _____ having first attached such copy of such Petition of such copy of Citation and endorsed on such copy of Citation the date of delivery.

_____
Constable, Grimes County Texas

Filed 5/6/2021 1:08 PM
Diane LeFlore
District Clerk
Grimes County, Texas
Received By: Krystal Jarvis

035384

CAUSE NO. _____

| | | |
|---|---|---|
| TAMARA POPE, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | GRIMES COUNTY, TEXAS |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| | § | |
| Defendant | § | 12TH   JUDICIAL DISTRICT |

---

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Tamara Pope complains of Defendant Wal-Mart Stores Texas, LLC and would respectfully show that:

### I.

### Discovery Control Plan

1. Discovery in this matter may be conducted under Level 3 of the Texas Rules of Civil Procedure.

### II.

### Jurisdiction and Venue

2. The claims asserted in this case arise under the common law of Texas. This Court has jurisdiction and venue is proper because all or a substantial part of the events giving rise to the claims occurred in Grimes County, Texas.

### III.

### Statement Regarding Monetary Relief Sought

3. Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief less than $75,000. Discovery in this matter has just commenced and, therefore, Plaintiff cannot

reliably state a maximum amount of damages she is seeking at this time and reserves her right to supplement in accordance with the Texas Rules of Civil Procedure.

## IV.

### Parties

4. Plaintiff Tamara Pope is an individual and a resident of Grimes County, Texas.

5. Defendant Wal-Mart Stores Texas, LLC is a limited liability company, formed in the State of Arkansas, and authorized to do business in the State of Texas. Said Defendant may be served by and through its registered agent, CT Corporation, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

## V.

### Facts

6. This lawsuit is necessary as a result of personal injuries that Plaintiff sustained on or about September 12, 2019. At that time, Plaintiff was injured while she was an invitee at the Wal-Mart store #293 in Navasota, Texas.

7. Plaintiff sustained serious bodily injuries while she was looking at the magazine rack, and a Wal-Mart employee pushed an oversized cart into her, causing serious bodily injuries and damages.

## VI.

### Causes of Action

*Negligence*

8. Plaintiff sustained injuries because of Defendant's negligence when Defendant:

- Failed to keep a proper lookout for customers;
- Failed to exercise reasonable care to avoid a foreseeable risk of injury;
- Failed to properly train and supervise their employees;

2

- Failed to provide a reasonably safe environment for invitees;
- Failed to give adequate warning to invitees; and
- Other acts so deemed negligent.

9.  As a result of Defendant's negligence, Plaintiff suffered severe physical injuries, for which she is entitled to recover monetary damages.

## VII.

### Damages

10. As a direct and proximate result of Defendant's negligence, Plaintiff sustained injuries.  Plaintiff will show that she has sustained physical pain and suffering, physical impairment, mental anguish, disfigurement, lost wages, and loss of earning capacity, in the past, and in all probability will continue to sustain such damages into the foreseeable future.  Plaintiff has also incurred medical and pharmaceutical expenses in the past, and an all probability will continue to incur such out of pocket expenses into the foreseeable future.

## VIII.

### Rule 193.7 Notice

11. Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives notice to Defendant that any and all documents produced may be used against the Defendant in any pretrial proceeding and/or at the time of trial of this matter, without the necessity of authenticating the documents.

## IX.

### Jury Demand

12. Plaintiff hereby demands a trial by jury in this case and tenders the required jury fee.

3

## XI.

### Designated Service E-mail Address

13. The following is the undersigned attorney's designated e-service e-mail address for all e-served documents and notices, filed and unfiled, pursuant to Texas Rules of Civil Procedure 21(f)(2) and 21a:   service@brueralaw.com.   This is the undersigned's *only* e-service e-mail address, and service through any other e-mail address will be considered invalid.

## XII.

### Prayer

14. For the reasons elaborated above, Plaintiff prays that this Court cite Defendant to appear and answer herein and that upon trial of this case that Plaintiff have judgment against Defendant and recover all damages allowed by law, prejudgment and post-judgment interest, costs of court, and such other and further relief that she may show herself to be justly entitled.

Respectfully submitted,

BRUERA LAW FIRM, PLLC

*/s/ Sofia E. Bruera*
SOFIA E. BRUERA
State Bar No. 24062189
3100 Timmons Lane, Suite 310
Houston, Texas 77027
Telephone: (832) 430-4000
Facsimile: (832) 558-3523
Email: sofia@brueralaw.com
Service email*: service@brueralaw.com
***E-service is only accepted at the above-designated e-service e-mail address.***

**ATTORNEYS FOR PLAINTIFF**

4